```
            UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION
```

| | |
|---|---|
| WILLIAM T. DIVANE, JR., as the ELECTRICAL INSURANCE TRUSTEES,<br><br>        Plaintiffs,<br><br>    v.<br><br>DELECTRIC SHOP, INC.,<br><br>        Defendant. | No. 07 C 6205 |

## (ABBREVIATED) STATUS REPORT

    In accordance with the court's minute entry of December 12, 2007, the plaintiff Trustees submit this unilateral and abbreviated status report.

    This a run-of-the mill ERISA collection case involving a collective bargaining agreement, a union contractor, and a trust fund governed by ERISA.  Plaintiffs filed suit on November 2, 2007 and defendant Delectric Shop, Inc. was served with process on November 20, 2007.

    The attorneys for the plaintiffs is David R. Shannon; he will try the case if necessary.

    Jurisdiction is based on the Labor-Management Relations Act and the Employee Retirement Income Security Act of 1974.

    Plaintiffs seek a judgment for delinquent contributions, an audit to confirm the amounts due, and an injunction barring the defendant from continuing to do bargaining-unit work.

    Plaintiffs intend to proceed with a default and do not expect the defendant to file an appearance or contest the claims; plaintiffs have not requested a jury trial.

    On December 12, 2007, the court set this matter for status on January 10, 2008.

                                WILLIAM T. DIVANE JR., <u>et al</u>., as the
                                ELECTRICAL INSURANCE TRUSTEES

                                /s/ David R. Shannon
                    By: _____
                                One of Their Attorneys

```
David R. Shannon
111 West Washington Street
Suite 1900
Chicago, Illinois 60602
(312) 407-7800
```