UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM T. DIVANE, JR., as the ELECTRICAL INSURANCE TRUSTEES,<br><br>    Plaintiffs,<br><br>  v.<br><br>DELECTRIC SHOP, INC.,<br><br>    Defendant. | No. 07 C 6205 |

**MOTION FOR DEFAULT ORDER**

    The plaintiffs, WILLIAM T. DIVANE, JR., et al., as the ELECTRICAL INSURANCE TRUSTEES, by their attorney, David R. Shannon, and pursuant to Fed. R. Civ. P. 55, request the Court to enter a default against the defendant, DELECTRIC SHOP, INC. In support of their motion, the Trustees state:

    1.   The Trustees filed suit on November 2, 2007. DELECTRIC SHOP, INC. was served with summons and complaint on November 20, 2007. A copy of the Return of Service from the Sheriff of Cook County, Illinois is attached hereto as Exhibit A.

    2.   To date the defendant has failed to file an appearance or answer to the complaint.

    WHEREFORE, William T. Divane, Jr., et al, as the Electrical Insurance Trustees request the entry of an order of default against DELECTRIC SHOP, INC. and an order directing DELECTRIC to produce, within 14 days, its books and records and permit the Trustees to conduct an audit covering the period from March 15,

2007 though the present.  The Trustees also request the Court to set a date for the prove-up of damages.

                        WILLIAM T. DIVANE JR., <u>et al</u>., as the
                        ELECTRICAL INSURANCE TRUSTEES

                        /s/ David R. Shannon
                  By: _____
                        One of Their Attorneys

David R. Shannon
Tenney & Bentley, L.L.C.
111 West Washington Street, Suite 1900
Chicago, Illinois 60602
(312) 407-7800