TYPE LAW  SHERIFF'S OFFICE — COOK COUNTY, ILLINOIS  DISTRICT 226
E7-9

SHERIFF'S NUMBER 065338-001D  CASE NUMBER ____CV6205  DEPUTY: _____

FILED DT 11-02-2007  RECEIVED DT 11-02-2007  DIE DT 11-20-2007  MULTIPLE SERVICE  1
    DEFENDANT                                              ATTORNEY
DELECTRIC SHOP, INC.                                      DAVID R. SHANNON/TENNEY & BENT
501 W COLFAX ST                                           111 W. WASHINGTON ST.
PALATINE IL. 60067                                        CHICAGO IL. 60602
                                                          312 407-7800
PLAINTIFF DIVANE, WILLIAM T. ET AL

SERVICE INFORMATION: CF    C/O KERRY M. LA VELLE, R/A                     **FOREIGN**

*************************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF.  ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME
..X..3 SERVICE ON:  CORPORATION X  COMPANY ___ BUSINESS ___ PARTNERSHIP ___
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT
.....4 CERTIFIED MAIL _____

(B)  THOMAS J. DART, SHERIFF, BY: _____, DEPUTY

    1  SEX  M /M/F  RACE W  AGE 50
    2  NAME OF DEFENDANT DELECTRIC SHOP, INC.        Kerry LaVelle
       ____WRIT SERVED ON _____
       THIS 20 DAY OF Nov , 20 07 TIME 850 A.M./P.M.

    ADDITIONAL REMARKS _____

*************************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.
    TYPE OF BLDG  Law office                    ATTEMPTED SERVICES
    NEIGHBORS NAME _____             DATE     TIME  A.M./P.M.
        ADDRESS _____             _____ ___:___ _____
            REASON NOT SERVED:                   _____ ___:___ _____
                        ___ 07 EMPLOYER REFUSAL  _____ ___:___ _____
    ___ 01 MOVED        ___ 08 RETURNED BY ATTY  _____ ___:___ _____
    ___ 02 NO CONTACT   ___ 09 DECEASED          _____ ___:___ _____
    ___ 03 EMPTY LOT    ___ 10 BLDG DEMOLISHED   _____ ___:___ _____
    ___ 04 NOT LISTED   ___ 11 NO REGISTERED AGT.
    ___ 05 WRONG ADDRESS ___ 12 OTHER REASONS    _____ ___:___ _____
    ___ 06 NO SUCH ADDRESS ___ 13 OUT OF COUNTY  _____ ___:___ _____

FEE   .00   MILEAGE   .00   TOTAL   .00                            SG20

AO 440  (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

WILLIAM T. DIVANE, JR., KENNETH J. BAUWENS, MICHAEL J. CADDIGAN, SAMUEL EVANS, TIM FOLEY, THOMAS C. HALPERIN, DANIEL MEYER, KEVIN O'SHEA, LARRY CRAWLEY and MICHAEL L. WALSDORF, as the ELECTRICAL INSURANCE TRUSTEES, Plaintiffs

V.

DELECTRIC SHOP, INC., Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07CV6205
ASSIGNED JUDGE: JUDGE NORGLE
DESIGNATED MAGISTRATE JUDGE: MAG. JUDGE SCHENKIER

TO: (Name and address of Defendant)

Delectric Shop, Inc.
c/o Kerry M. Lavelle, Registered Agent
501 West Colfax
Palatine, IL  60067

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David R. Shannon
Tenney & Bentley, LLC
111 West Washington St., Ste. 1900
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV - 2 2007
DATE