```
              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

| | |
|---|---|
| WILLIAM T. DIVANE, JR., as the ELECTRICAL INSURANCE TRUSTEES,<br><br>      Plaintiffs,<br><br> v.<br><br>DELECTRIC SHOP, INC.,<br><br>      Defendant. | No. 07 C 6205<br><br>Judge Dow |

**NOTICE OF MOTION**

   To:  Delectric Shop, Inc.
        c/o Kerry Lavelle, Registered Agent
        501 West Colfax
        Palatine, IL  60067

    Please take notice that at **9:15 a.m. on Thursday, January 24, 2008**, plaintiffs, William T. Divane, Jr., et al., as the Electrical Insurance Trustees, will present the attached **Motion for Default Judgment** before the Honorable **Robert M. Dow, Jr.** at the U.S. Courthouse, **Courtroom 1719**, Dirksen Building, 219 South Dearborn, Chicago, Illinois.

                                            /s/ David R. Shannon
                                            David R. Shannon

David R. Shannon
Tenney & Bentley, L.L.C.
111 West Washington Street, Suite 1900
Chicago, Illinois 60602
(312) 407-7800

PROOF OF SERVICE

    I, David R. Shannon the attorney, certify that in addition to filing this motion electronically in accordance with local rules, I served this notice by mailing a copy to the above-named party (attorney) at the above address and depositing the same in the U.S. Mail at 111 West Washington Street, Chicago, Illinois, 60602, before the hour of 5:00 p.m. on January 18, 2008, with proper postage prepaid.

                                            /s/ David R. Shannon