**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Williaim T Divane Jr, et al.
                            Plaintiff,

v.                                                    Case No.: 1:07−cv−06205
                                                      Honorable Robert M. Dow Jr.

Delectric Shop, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 24, 2008:

      MINUTE entry before Judge Robert M. Dow Jr.:Plaintiffs' Motion for entry of default [10] against defendant for failure to answer or otherwise plead to the complaint is granted. Plaintiffs' Motion for default judgment [13] is taken under advisement. Status hearing held on 1/24/2008.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.