# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6205 | **DATE** | 1/29/2008 |
| **CASE TITLE** | William T. Divane, Jr. vs. Delectric Shop, Inc. | | |

**DOCKET ENTRY TEXT**

MOTION by Plaintiff William T Divane, Jr for default judgment as to Delectric Shop, Inc.[13] is granted. ENTER JUDGMENT ORDER: Judgment is entered in favor of Plaintiffs and against Defendant in the amount of $103,739.44 for delinquent fringe benefit contributions and liquidated damages, without prejudice to any claims for periods which have not be audited and claims for months where payroll reports have not been submitted. Defendant is hereby barred and enjoined from engaging in work within the scope of work clause in the Principal Agreement for so long as it is a signatory of that agreement, unless and until it furnishes the Electrical Insurance Trustees with a duly-executed standard fringe-benefit bond.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|
| | | |