UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM T. DIVANE, JR., as the ELECTRICAL INSURANCE TRUSTEES,<br><br>      Plaintiffs,<br><br>v.<br><br>DELECTRIC SHOP, INC.,<br><br>      Defendant. | No. 07 C 6205<br><br>Judge Dow |

### JUDGMENT ORDER

THIS CAUSE coming to be heard on plaintiffs' motion for default judgment, and defendant DELECTRIC SHOP, INC. having been duly served with summons and complaint on November 20, 2007, and having failed to file an appearance or response to the complaint,

IT IS THEREFORE HEREBY ORDERED:

Judgment is entered in favor of WILLIAM T. DIVANE, JR., KENNETH J. BAUWENS, MICHAEL J. CADDIGAN, LARRY CRAWLEY, SAMUEL EVANS, TIM FOLEY, THOMAS C. HALPERIN, DANIEL MEYER, KEVIN O'SHEA, and MICHAEL R. WALSDORF as the ELECTRICAL INSURANCE TRUSTEES, and against DELECTRIC SHOP, INC. in the amount of $103,739.44 for delinquent fringe benefit contributions and liquidated damages, without prejudice to any claims for periods which have not been audited and claims for months where payroll reports have not been submitted.

DELECTRIC SHOP, INC. is hereby barred and enjoined from engaging in work within the scope of work clause in the Principal Agreement (that is, work involving the installation, operation, maintenance, service and repair of all electrical wiring and electrical equipment used in the construction, alteration, maintenance, service or repair of buildings or other structures), and within the jurisdiction of Local 134, I.B.E.W. (that is, Cook County, Illinois), for so long as it is a signatory of that agreement, unless and until it furnishes the Electrical Insurance Trustees with a duly-executed standard fringe-benefit bond.

January 29, 2008

ENTER:

Judge Robert M. Dow, Jr.