## United States District Court for the Northern District of Illinois

Case Number: 07CV6205              Assigned/Issued By: J. N.

Judge Name:                        Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☒ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☒ Citation to Discover Assets          _____
                                       (Victim, Against and $ Amount)
☐ Writ _____
       (Type of Writ)

_1_ Original and _1_ copies on _03-04-08_ as to _DANIEL J. LUCIANO_
                               (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05